IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| WYNDI VANN DOXEY, ) | C/A No. 4:18-cv-03609-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER REMANDING CASE |
| ) | |
| GEICO INDEMNITY COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the joint motion of the parties for a remand of this action to the Horry County Court of Common Pleas pursuant to 28 U.S.C. § 1447. In support this motion, the parties advised the Court that subsequent to the removal of this action on December 20, 2018, the Plaintiff and the Defendant entered into a stipulation that the amount in controversy involved in the Plaintiff's claim is less than Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, exclusive of interest and costs, and that the Plaintiff will not seek to recover any damages, award, verdict, and/or judgment in excess of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. The Plaintiff further agrees that she will not amend her pleadings to seek greater than Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, exclusive of interest and costs, and that should she will not seek to enforce any award, verdict, and/or judgment over and Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, exclusive of interest and costs.

Based on these stipulations and agreements, the Court finds that remand of this action is proper.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1447, this action be

remanded in its entirety to the Horry County Court of Common Pleas.

    AND IT IS SO ORDERED.

January 29, 2019                                        <u>s/ R. Bryan Harwell</u>
Florence, South Carolina                      R. Bryan Harwell
                                                                           United States District Judge